In re Preston, Bryan; Preston, Leonard; Preston, Cynthia; Preston, Wanda; Preston, Elmira; Mazie, Deborah; Preston, Howard; Preston, Rose Lefrance; Preston, Sheryl; Preston, Anthony; Preston, Darlene; Nelson, Angela; — Plaintiffs); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. B, No. 2005-11709; to the Court of Appeal, Fourth Circuit, No. 2006-C-1584.
Granted. The case is remanded to the court of appeal for reconsideration in light of this Court’s decision in LaCoste v. Pendleton Methodist Hospital, L.L.C., 07-0008 c/w 07-0016 (La.9/5/07), 966 So.2d 519.
KNOLL, J., would deny.
WEIMER, J., would deny.